1
2
3
4
5
6

Thomas R. Phinney (SBN 159435)
**PARKINSON PHINNEY**
400 Capitol Mall, Suite 2560
Sacramento, CA 95814
Telephone:    (916) 449-1444
Facsimile:    (916) 449-1440
tom@parkinsonphinney.com
Attorneys for Defendants Brian R. Katz, Trustee
 for the Harold 0. Newell Trust,
Zandee Newell, and Marianne Newell

7

UNITED STATES BANKRUPTCY COURT

8

EASTERN DISTRICT OF CALIFORNIA

9

SACRAMENTO DIVISION

10

In re

**District Court Case No. 2:14-cv-0021**

11

VILLAGE CONCEPTS, INC.,

[Bankr. Case No.  12-30911-A]

12

Debtor,

[AP No. 13-02212]

13

1

14

**Date:   October 1, 2014**
**Time:  10:00am**
**Courtroom:  3 (15th Floor)**

15

16
17

DAVID FLEMMER, in his capacity as
Trustee for the Bankruptcy Estate of
Village Concepts, Inc.,

**ORDER APPROVING DISMISSAL OF
ACTION**

18

Plaintiff,
v.

19

20
21

ZENAIDA 0. NEWELL a.k.a. ZANDEE
NEWELL, MARIANNE NEWELL, and
BRIAN R. KATZ, in his capacity as
Successor Trustee for the Harold 0 .
Newell Revocable Trust,

22
23

Defendants.

24
25
26
27

Having considered the stipulation between Plaintiff DAVID FLEMMER (
"Plaintiff"), in his capacity as trustee for the Chapter 7 bankruptcy estate of Village
Concepts, Inc.; Defendants Brian R. Katz ("Brian Katz"), in his capacity as successor

28

{231/00001/TRP/A0304067.DOC}                         1

1  trustee for the Harold O. Newell Revocable Trust, Zandee Newell ("Zandee"), and

2  Marianne Newell ("Marianne") (Brian Katz, Zandee, and Marianne collectively referred to

3  as "Defendants"); to dismiss this action pursuant to Federal Rule of Civil Procedure

4  41(a)(2), and good cause appearing therefor;

5        IT IS ORDERED as follows:

6        1.      Plaintiff's claims against Defendants alleging among other things claims to

7  recover alleged usurious interest from Defendants shall be dismissed with prejudice.

8        2.      Plaintiff and Defendants shall bear their own costs.

9        3.      Defendant, as Third Party Plaintiff, shall make a separate Motion to Dismiss

10  Defendant's claims against Third Party Defendants Mark Weiner, Nancy Weiner, and

11  Susanville Village, LLC.

12  Dated: October 20, 2015.

_____
UNITED STATES DISTRICT JUDGE